IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

      Plaintiff,

vs.                                             No. 04-C-175

NOEL F. NARUT,

      Defendant.

## ORDER

Based upon the Stipulation for Dismissal (Doc 40) filed in this case, the plaintiff's cause of action is **DISMISSED**, **with prejudice** and without costs to any party hereto.

**IT IS SO ORDERED.**

DATED: This __22nd__ day of __November__, 2005.

                                                /s/               David RHerndon
                                              **UNITED STATES DISTRICT JUDGE**