IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

UNUM LIFE INSURANCE
COMPANY,

    **Plaintiff,**

    vs.                                                                        Cause No. 04-C-175

NOEL F. NARUT,

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** and without costs to any party-------------------------------------------------------------------------------------------

                                                                                   **SOFRON B. NEDILSKY, CLERK**

November 22, 2005                                    By:   s/Patricia Brown
                                                                              Deputy Clerk

APPROVED:/s/     David R Herndon
                 **U.S. DISTRICT JUDGE**